## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RONALD DUGAS (#314846)                              CIVIL ACTION

VERSUS

JOHN ORR, ET AL.                              NO. 23-00125-BAJ-EWD

### RULING AND ORDER

On October 18, 2024, the Magistrate Judge issued a **Report And Recommendation (Doc. 14, the "Report")** recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims and dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A. (*Id.* at 6).

On November 6, 2025, Plaintiff filed an objection the Report, repeating similar allegations contained in his original Complaint. (Doc. 16). Plaintiff's allegations of "poor judgment on the defendant's part" do not rise to the level of deliberate indifference necessary to sustain an Eighth Amendment claim for failure to protect. (*Id.* at 2). *See Adames v. Perez,* 331 F.3d 508,512 (5th Cir. 2003). Further, Plaintiff has not introduced new factual allegations to indicate that the other inmate who allegedly assaulted him, Demauri McGee, posed a specific danger to him as discussed in the Report. (Doc. 14 at 5). Plaintiff does not advance any new legal arguments or allege new facts that alter the conclusions reached in the Report.

After carefully considering Plaintiff's Complaint, the Report, Plaintiff's Objection, and the entirety of the record before the Court, the Court **APPROVES** the

Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this ___ day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**